# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>       Plaintiff,<br><br>v.<br><br>EMJ CORPORATION<br><br>       Defendant. | Civil Action File No.: 1:11-CV-00083 |

## JOINT STIPULATION TO DISMISS

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), National Union Fire Insurance Company of Pittsburgh, Pa. and EMJ Corporation stipulate to the dismissal of this matter without prejudice, each party to bear its own attorneys' fees and costs.

Dated: July 12, 2011.

                                            Respectfully submitted,

                                            **JACKSON & CAMPBELL, P.C.**

                                            s/ Paul Smolinsky
                                            Warren Lutz (*pro hac*)
                                            Paul D. Smolinsky (*pro hac*)
                                            1120 20th Street, N.W.
                                            Washington D.C. 20036
                                            (202) 457-1600

                                            and

Wm. Ritchie Pigue, Tenn. BPR# 002898
Matthew C. Pietsch, Tenn. BPR# 024659 TAYLOR,
PIGUE, MARCHETTI & MINK, PLLC
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225

*Counsel for National Union Fire Insurance
Company of Pittsburgh, Pa.*

**MILLER & MARTIN PLLC**

s/Kyle W. Eiselstein
    (signed with permission)
Roger W. Dickson, Tenn. BPR# 01933
Kyle W. Eiselstein, Tenn. BPR# 20727
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
(423) 756-6600

*Counsel for EMJ Corporation*

## CERTIFICATE OF SERVICE

I certify that on July 12, 2011, I caused a copy of the Joint Stipulation of Dismissal to be served via the Court's electronic case filing system to counsel of record for each party.

/s/Paul Smolinsky
    Paul D. Smolinsky

2